| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>KEELEY, IRENE M | 2. Court or Organization<br><br>USDC NORTHERN DISTRICT OF WV | 3. Date of Report<br><br>06/15/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF WV<br>PO BOX 2808, CLARKSBURG, WV | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. CHAIR | WEST VIRGINIA UNIVERSITY PRESIDENT'S HOUSE COMMITTEE (POSITION HELD THROUGH JUNE 2005) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 20 A 10: 59 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | GROUND BREAKERS INC - PRESIDENT |
| 2. 2005 | CLARKSBURG WATER BOARD - MEMBER |
| 3. 2005 | SELF- EMPLOYED CIVIL ENGINEER |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FEDERAL JUDGES ASSOCIATION | 2/9-10/2005 PROFESSIONAL ASS'N MEETING, WASHINGTON, D.C. (TRANSPORTATION,MEALS & LODGING) |
| 2. FOUNDATION FOR RESEARCH ON ECONOMICS AND THE ENVIRONMENT | 4/19-22/2005 SEMINAR IN SHEPHERDSTOWN,WV (MEALS AND LODGING) |
| 3. FEDERAL JUDGES ASSOCIATION | 5/14-15/2005 PROFESSIONAL ASS'N MEETING, ARLINGTON, VA. (TRANSPORTATION,MEALS & LODGING) |
| 4. FEDERAL JUDGES ASSOCIATION | 9/18-19/2005 PROFESSIONAL ASS'N BOARD MEETING, CHICAGO,ILL. (TRANSPORTATION,MEALS & LODGING) |
| 5. NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 11/3-6/2005 ANNUAL MEETING IN SAN ANTONIO,TX (TRANSPORTATION,MEALS & LODGING) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. BB&T | PERSONAL GUARANTOR CORPORATE LINE OF CREDIT | N |
| 2. ST PAUL COMPANIES | PERSONAL GUARANTOR CONSTRUCTION PERFORMANCE AND PAYMENT BONDS | P2 |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ONE CHASE ACCT (FORMERLY JP MORGAN CHASE) | A | Interest | L | T | | | | | SEE PART VIII ADD'L INFO |
| 2. HUNTINGTON NATL BANK ACCOUNTS | B | Interest | K | T | | | | | |
| 3. NOTE RECEIVABLE GROUND BREAKERS INC | E | Interest | M | T | | | | | |
| 4. GROUND BREAKERS INC COMMON STOCK | B | Dividend | P1 | U | | | | | |
| 5. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. PROGRESS ENERGY INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. CHEVRONTEXACO CORP COMMON STOCK | C | Dividend | L | T | | | | | |
| 8. DUQUESNE LIGHT COMMON STOCK | B | Dividend | K | T | | | | | |
| 9. EXXON MOBIL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. DYNEGY INC NEW ILL CL A COMMON STOCK | | None | J | T | | | | | |
| 11. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | C | Interest | L | T | | | | | |
| 12. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | E | Interest | O | T | | | | | |
| 13. REAL ESTATE-SHOP AND EQUIPMENT YARD CLARKSBURG WV | C | Rent | | | TRANSFER | 01/01 | J | | SEE PART VIII ADD'L INFO |
| 14. EARTH MOVING RENTAL EQUIPMENT | G | Rent | M | W | | | | | |
| 15. IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 16. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 17. BELLSOUTH CORP COMMON | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 18. FRIEDMAN,BILLINGS AND RAMSEY COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. CITIGROUP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. SBC COMMUNICATIONS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. WORKING INTEREST-D86 TRAVIS,DODDRIDGE CTY,WV | B | Royalty | J | U | | | | | |
| 22. WORKING INT D88 LOWTHER & D92 MCQUAID HARRISON CTY,WV | A | Royalty | K | U | | | | | |
| 23. WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. RESIDENTIAL RENTAL CLARKSBURG WV | A | Interest | M | W | | | | | |
| 25. APPLIED MICRO CIRCUITS COMMON STOCK | | None | J | T | | | | | |
| 26. APPLIED MATERIAL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. BANK OF AMERICA CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. CIENA CORP COMMON STOCK | | None | J | T | | | | | |
| 29. EDISON INTL CALIF COMMON STOCK | A | Dividend | K | T | | | | | |
| 30. HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. CSX CORP COMMON STOCK | A | Dividend | J | T | BUY | 09/12 | J | | SEE PART VIII ADD'L INFO |
| 33. THE OFFICE PROPERTIES LLC | | None | M | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. NOTE RECEIVABLE THE OFFICE PROPERTIES LLC | | None | K | T | | | | | SEE PART VIII ADD'L INFO |
| 35. TRAVELERS PROPERTY CASUALTY CORP | A | Dividend | J | T | | | | | |
| 36. WORKING INTEREST D103 WINDON HARRISON CTY WV | B | Royalty | J | U | | | | | |
| 37. WORKING INTEREST D105 SWEENEY HARR.CTY WV | A | Royalty | J | U | | | | | |
| 38. WORKING INTEREST D106 DOYLE HARR. CTY WV | A | Royalty | J | U | | | | | |
| 39. WORKING INTEREST HARDMAN D-107 | A | Royalty | J | U | BUY | 08/12 | J | | SEE PART VIII ADD'L INFO |
| 40. WORKING INTEREST SHAFFER D-108 | A | Royalty | J | U | BUY | 07/29 | J | | SEE PART VIII ADD'L INFO |
| 41. ESTATE # 1 (appraisal date 11/19/03) | C | Distribution | M | Q | | | | | |
| 42. –COMM. REAL ESTATE HARRISON COUNTY WV | | | | | | | | | |
| 43. NORTHWESTERN MUTUAL EXTRA ORD. LIFE POLICY | C | Interest | L | T | | | | | |
| 44. NORTHWESTERN MUTUAL ADJ COMPLIFE POLICY | E | Interest | N | T | | | | | |
| 45. SAND HILL FARMS LLC | | None | J | U | BUY | 05/01 | J | | SEE PART VII ADD'L INFO |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII-LINE 1 -NAME CHANGE AS RESULT OF ACQUISITION OF BANK ONE BY JP MORGAN CHASE COMPLETED IN 2005.

PART VII-LINE 13 - ASSET TRANSFERRED TO THE OFFICE PROPERTIES LLC ( AS SHOWN ON LINE 33).

PART VII-LINE 32- PURCHASE OF CSX COMMON STOCK AS INDICATED.

PART VII-LINE 34 - THIS ITEM IS A CORRECTION TO PRIOR YEARS REPORTS FOR THE INADVERTANT OMMISSION OF THE DESCRIBED NOTE RECEIVABLE.

PART VII-LINES 39&40 - ACQUISITION OF WORKING INTERESTS IN OIL & GAS WELLS FROM DIVERSIFIED RESOURCES.

PART VII-LINE 45 - ACQUISITION OF INTEREST IN LIMITED LIABILITY COMPANY.

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date_____June 15, 2006_____

NOTE: ANY INDIVIDU L WHO KNOWINGLY  ND WILFULLY FALSIFIES OR F  ILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
ND CRIMINAL S  NCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544